UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINAYA HEWLETT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE,<br><br>Defendant. | No. 2:16-CV-0713 WBS AC<br><br><br>ORDER |

Defendant has filed a Motion for Protective Order and To Briefly Stay Discovery. ECF No. 18. The motion was referred to the magistrate judge by E.D. Cal. R. 302(c)(1).

Defendant's Motion sought a temporary stay of discovery solely on the grounds that its Motion To Dismiss (ECF No. 17) was pending before the district judge presiding over this case. The district judge has now denied the Motion To Dismiss, and has set a discovery schedule. ECF Nos. 31, 32. Therefore, defendant's Motion for Protective Order, to the degree it has not already been denied by the scheduling order, has now been rendered moot.

Accordingly, IT IS HEREBY ORDERED that

1. Defendant's Motion for Protective Order (ECF No. 18), is DENIED as moot; and

////

////

1

2.  The August 31, 2016 hearing on this matter is VACATED.

DATED: August 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE