GREENSPOON MARDER, P.A.
RICHARD EPSTEIN (*admitted pro hac vice*)
Richard.Epstein@gmlaw.com
JEFFREY BACKMAN (*admitted pro hac vice*)
Jeffrey.Backman@gmlaw.com
ROY TAUB (*admitted pro hac vice*)
Roy.Taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone:   (954) 491-1120
Facsimile:    (954) 333-4211

MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (SBN 226388)
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Tel:  (310) 312-4237
Fax:  (310) 996-7037
E-mail:  creilly@manatt.com

*Attorneys for Defendant
Consolidated World Travel, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINAYA HEWLETT, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE,<br><br>Defendant. | Case No. 2:16-cv-00713-WBS-AC<br><br>**STIPULATION AND ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS** |

Plaintiff Kinaya Hewlett and Defendant Consolidated World Travel, Inc. ("CWT"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 6, 2016, Plaintiff filed her initial Complaint asserting class action allegations against CWT for damages and injunctive relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. in the United States District Court, Eastern District of California.

WHEREAS, on June 10, 2016, Plaintiff filed a First Amended Class Action Complaint.

WHEREAS, as CWT advised the Court in the Joint Status Report filed on August 5, 2016, (Dkt. No. 20), CWT believed, based on the similarity of Plaintiff's allegations and the allegations asserted against CWT in another putative class action, *Bakov v. Consolidated World Travel, Inc. d/b/a Holiday Cruise Line, et. al*, No. 1:15-cv-02980 (N.D. Ill.), that this case and *Bakov* are related.

WHEREAS, the *Bakov* case was initially filed a year earlier, on April 3, 2015. On May 6, 2015, nearly one year before Plaintiff filed this action, a third plaintiff filed a putative class action asserting similar allegations against CWT, this time again in the Northern District of Illinois. *See Herrera v. Consolidated World Travel, Inc., d/b/a Holiday Cruise Line*, No. 1:15-cv-0430, at D.E. 1 (N.D. Ill.).

WHEREAS, the *Herrera* case was consolidated into the *Bakov* case before Judge Leinenweber, and the Consolidated Class Action Complaint was filed on September 17, 2015 (more than six months before Plaintiff filed her initial complaint in this action).

WHEREAS, in the course of meeting and conferring over discovery issues, the parties in this action have conferred and have agreed that a transfer of Plaintiff's action to the Northern District of Illinois, so that it can be consolidated for all purposes into the *Bakov* action, is appropriate to avoid duplicative litigation and potentially inconsistent determinations involving seemingly overlapping class memberships, to further the convenience of the parties and witnesses, and to best serve the interests of justice.

WHEREAS, Plaintiff's counsel has also conferred with counsel for plaintiffs in *Bakov* regarding the issues of transfer and consolidation.

STIPULATION AND ORDER TRANSFERRING ACTION TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS     CASE NO. 2:16-CV-00713-WBS-AC

2

29399932:1 20581:0312

IT IS HEREBY STIPULATED THAT, given the alleged similarities between the two cases and that it appears the same underlying conduct is being challenged, the Parties jointly request that the Court transfer this case to the Northern District of Illinois, pursuant to 28 U.S.C. § 1404(a), so that it may ultimately be consolidated with the *Bakov* action before Judge Leinenweber.  The parties agree that all outstanding discovery shall remain in effect.

Dated:   February 3, 2017

| | |
|---|---|
| BURSOR & FISHER, P.A | GREENSPOON MARDER, P.A. |
| By: */s/ L. Timothy Fisher* <br>         L. Timothy Fisher | /s/  *Jeffrey A. Backman* <br> Richard W. Epstein <br> (Admitted *Pro Hac Vice*) |
| L. Timothy Fisher <br> Annick M. Persinger <br> Yeremy O. Krivoshey <br> 1990 North California Blvd., Suite 940 <br> Walnut Creek, CA 94596 <br> Telephone:  (925) 300-4455 <br> Facsimile:  (925) 407-2700 <br> E-Mail:  ltfisher@bursor.com <br>             apersinger@bursor.com <br>             ykrivoshey@bursor.com | Richard.Epstein@gmlaw.com <br> Jeffrey A. Backman <br> (Admitted *Pro Hac Vice*) <br> Jeffrey.Backman@gmlaw.com <br> Roy Taub <br> (Admitted *Pro Hac Vice*) <br> Roy.Taub@gmlaw.com <br> 200 East Broward Blvd., Suite 1800 <br> Fort Lauderdale, FL  33301 <br> Tel:  (954) 491-1120 <br> Fax: (954) 333-4211 |
| *Attorneys for Plaintiff* | |
| | MANATT, PHELPS & PHILLIPS, LLP <br> Christine M. Reilly (SBN 226388) <br> 11355 W. Olympic Boulevard <br> Los Angeles, CA 90064 <br> Tel:  (310) 312-4237 <br> Fax:  (310) 996-7037 <br> E-mail:  creilly@manatt.com |
| | *Attorneys for Defendant* <br> *Consolidated World Travel, Inc.* |

**IT IS SO ORDERED.**

Dated:  February 3, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TRANSFERRING ACTION TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS           CASE NO. 2:16-CV-00713-WBS-AC

3

29399932:1 20581:0312